UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBI SHAGOOFA, an individual,<br><br>Plaintiff.<br><br>vs.<br><br>PARI GUL ESHAQZI, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01351 JWH (ADSx)<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br>Date Action Filed: July 26, 2023<br>Trial Date:          Unassigned |

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the parties' Stipulation and Protective Order, dated December 14, 2023.

**IT IS SO ORDERED.**

Dated:  12/15/2023          /s/ Autumn D. Spaeth
                                            AUTUMN D. SPAETH
                                            U.S. MAGISTRATE JUDGE